OPINION — AG — ** OKLAHOMA PLANNING AND RESOURCES BOARD — PURCHASE FOODSTUFF ** QUESTION: CAN THE BOARD LEGALLY PURCHASE THE FOODSTUFF, SUPPLIES AND EQUIPMENT HAVING TITLE INVESTED IN SOUTHWEST RESORTS, INC., IN BULK AND ACCORDING TO THE INVENTORIES, UNDER STATE EXISTING PURCHASING LAWS ? — IT CAN BE LEGALLY PURCHASED BY YOUR BOARD. (COMPETITIVE BIDDING, INVENTORY) CITE: 74 O.S. 64 [74-64](A), 74 O.S. 356.2 [74-356.2], OPINION NO. AUGUST 15, 1950 — BOARD OF AFFAIRS (J. H. JOHNSON)